JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JUAN HERNANDEZ RUIZ,

        Petitioner,

        v.

B. BIRKHOLZ, WARDEN,

        Respondent.

Case No. 2:24-cv-10548-SRM (DTB)

**JUDGMENT**

       Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: June 8, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

1